(101 So. 922)

Arthur, alias Mike, ABERNATHY v. STATE. (8 Div. 219.)  (Court of Appeals of Alabama. June 30, 1924.)  Appeal from Circuit Court, Colbert County; Chas. P. Almon, Judge.

BRICKEN, P. J.  From a judgment of conviction for grand larceny the defendant appeals. The property alleged to have been stolen was one Buick automobile, belonging to A. C. Tyler. This appeal is upon the record only, which upon examination appears regular and without error.  The judgment appealed from is therefore affirmed. Affirmed.

(101 So. 922)

C. W. ADAMS v. STATE.  (7 Div. 998.) (Court of Appeals of Alabama. June 24, 1924.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.  Possessing a still.

SAMFORD, J.  There is no bill of exceptions, and, there appearing no error in the record, the judgment is affirmed.

(102 So. 919)

Neal ADAMS v. STATE.  (5 Div. 513.) (Court of Appeals of Alabama.  Nov. 25, 1924.) Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge.  Manslaughter, first degree.

BRICKEN, P. J.  Appeal dismissed.

(101 So. 922)

Jack ALLEN v. STATE.  (8 Div. 241.) (Court of Appeals of Alabama.  June 17, 1924.) Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge.  Burglary.

SAMFORD, J.  Appeal dismissed.

(104 So. 918)

Jim ALLEN v. STATE.  (2 Div. 345.) (Court of Appeals of Alabama.  May 26, 1925.) Appeal from Circuit Court, Bibb County; Fleetwood Rice, Judge.  Frank Head, of Centerville, for appellant.  Harwell G. Davis, Atty. Gen., for the State.

RICE, J.  The defendant was convicted of having in his possession a still, etc., to be used for the purpose of manufacturing prohibited liquors, and appeals.  The case presents no question involving other than the most elementary principles of law.  We have examined each exception reserved, and are of the opinion that no prejudicial error was committed in any of the rulings complained of.  The case was properly submitted to the jury under full and accurate instructions as to the law.  Let the judgment be affirmed. Affirmed.

(100 So. 923)

AMERICAN STEEL & WIRE CO. v. A. WILHITE.  (6 Div. 578.)  (Court of Appeals of Alabama.  May 20, 1924.)  Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

BRICKEN, P. J.  Appeal dismissed by consent of parties.

(101 So. 922)

Lola ANDERSON v. STATE.  (1 Div. 575.) (Court of Appeals of Alabama.  Nov. 18, 1924.) Appeal from Circuit Court, Baldwin County; John D. Leigh, Judge.  Forgery in the first degree.

FOSTER, J.  Appeal dismissed.

(101 So. 922)

Ed APLIN v. STATE.  (4 Div. 16.)  (Court of Appeals of Alabama.  Nov. 18, 1924.)  Appeal from Circuit Court, Covington County; W. L. Parks, Judge.  Manslaughter in the first degree.  See, also, 19 Ala. App. 604, 99 So. 734.

BRICKEN, P. J.  Appeal dismissed on motion of appellant.

(101 So. 922)

Wiley ARGO v. STATE.  (6 Div. 517.) (Court of Appeals of Alabama.  Aug. 19, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Grand larceny.

BRICKEN, P. J.  Appeal dismissed on motion of appellant.

(102 So. 919)

Bud ARMSTRONG v. STATE.  (6 Div. 605.)  (Court of Appeals of Alabama.  Dec. 16, 1924.)  Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.  Grand larceny.

SAMFORD, J.  Appeal dismissed.